LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER
*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM

December 6, 2004

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

### RE: United States v. Abraham Abdallah
### 01 CR 826 (LAP)

Dear Judge Preska:

On October 25, 2004 this court signed an Order directing a PET Scan be performed upon Mr. Abdallah. This order was, in turn, based upon a submission by counsel as to the need and basis for the test to be conducted. The order was served upon the Metropolitan Detention Center shortly after receipt by counsel.

Since that time I have had certain communications with the facility regarding their effectuation of the order. Initially, my office was in contact with a Ms. Katalina Kaligan of the MDC, who advised us that the facility was not authorized to conduct this examination. A discussion ensued regarding an appropriate outside medical facility being contacted to conduct this examination. I informed Ms. Kaligan that I was under the belief that a medical facility known as Narrows MRI on 4th Avenue in Brooklyn, New York might be on contract with the Bureau of Prisons to

conduct such test. Subsequently, my office was advised that Narrows either was not on contract or the MDC did not agree to have the test conducted at that facility. Further communication with the MDC has not resolved the matter.

I received a telephone call today from my client that he has now been advised by a representative of the medical department that the MDC does not intend to make arrangements for this test to be conducted upon him, notwithstanding their receipt of the order of this court.

I apologize for inconveniencing the court further in this issue, however, I must respectfully request that your honor intervene with the Legal/Medical Department at the MDC so that the order of the court be carried out. My efforts in that regard have clearly been unsuccessful.

Respectfully,

Lee Ginsberg

LG\cr

c:\MyDocuments\LG\Abdallahrefusalpetscan.wpd