# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696

March 22, 2005

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: <u>United States v. Abraham Abdallah</u>
01 CR 826 (LAP)

Dear Judge Preska:

I write to the court regarding two matters relating to the above listed case.

After having spent a considerable amount of time discussing the PET scan issue with various professionals, with my client and conducting additional research, we have decided not to renew our request for that test to be conducted. Therefore, the secondary issue concerning who should perform the test or pay for the cost is moot.

Second, for two reasons and with the government's consent, we request a final adjournment of the sentence. Mr. Abdallah has recently been advised that a long awaited necessary medical procedure is to be performed upon him sometime in early April. If he were to be sentenced before the procedure, his status would change and given the various

agencies involved there is a very substantially possibility that the long awaited procedure would be cancelled.

The additional reason for this adjournment is to permit the government to make its submission to the court and for the defense to make any additional submissions in light of the guideline changes and the government's response. It is our joint request that the court adjourn this matter to an available date in early to mid-June for sentence.

Respectfully,

Lee Ginsberg

LG\cr

cc: Jonathan Streeter, Esq.

f:\MyFiles\LG\AbdallahadjHonorLorettaA1.wpd