6009/EF:klh



Abrham Abdallah
01-CR-826-01(LAP)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT**

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]  Allow Probation To Expire As Scheduled on August 12, 2015.

[ ]  Other

_____
Signature of Judicial Officer

7/27/15
Date

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-30-15